UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In the Matter of the Application of
Sarah E. Edwards,

for Special Temporary Admission to the Bar of the United States District Court for the District of Puerto Rico as an Attorney for the United States Government pursuant to Local Civil Rule 83A(e)

Misc. No. 19 - 180 (GAG)

*RECEIVED & FILED CLERK'S OFFICE MAY 07 2019 US DISTRICT COURT SAN JUAN, PR*

## Application for Special Temporary Admission and CM/ECF Registration

In accordance with Local Rule 83A(e), I am applying for special temporary admission to the Bar of the United States District Court for the District of Puerto Rico. In support of this application, I certify that I am an active member in good standing with the New York State Bar; that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the local rules of this Court, and the American Bar Association's Model Rules of Professional Conduct.

## PERSONAL DATA

- Name:

| Edwards | Sarah | E | |
|---|---|---|---|
| (Last Name) | (First Name) | (MI) | (Suffix) |

- Puerto Rico/other State Bar ID Number: New York 5001789
- Agency Affiliation: Fraud Section, Criminal Division, Department of Justice

- Mailing Address: 1400 New York Ave NW

  City: Washington   State: DC   Zip Code: 20530
  Phone Number: 202-305-6761   FAX Number: _____

- Email Address: sarah.edwards@usdoj.gov

## EDUCATION

Undergraduate School: University of Kansas   Year Graduated: 2008

Graduate School: _____   Year Graduated: _____

Law School: Stanford Law School   Year Graduated: 2011

## BAR ADMISSIONS INFORMATION

☐ Date Admitted to the Puerto Rico Bar: _____

☒ If not admitted in Puerto Rico, list other State Bar admission(s), date(s) of admission(s), and Bar ID Number(s):
New York, admitted January 19, 2012, Registration No. 5001789

☐ Other Federal Court admission(s), date of admission(s), and Bar ID Number(s):
SDNY & EDNY, admitted 2013
Circuit Court of Appeals for the District of Columbia, admitted 2013
Circuit Court of Appeals for the Fourth Circuit, admitted 2018

## CERTIFICATE OF DISCIPLINARY ACTIONS

☒ I am not now, nor have I ever been subject to any disciplinary action by the Puerto Rico Bar or any other state bar in which I am a member.

☐ I am currently or have been subject to disciplinary action, and I have been reinstated or applied for reinstatement (attach a copy of the reinstatement order and/or application).

## CM/ECF REGISTRATION

I acknowledge that, upon approval of this application, I will submit an "Attorney Registration Form" to be registered to access the Court's Case Management/Electronic File system pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Civil Rule 5. http://www.prd.uscourts.gov/CourtWeb/pdf/cmecf/PR_Registration_Form.pdf

May 7, 2019                                    SARAH EDWARDS  Digitally signed by SARAH EDWARDS
_____                                                Date: 2019.05.07 13:20:24 -04'00'
Date                                           Signature

## CERTIFICATION IN SUPPORT OF APPLICATION

In accordance with the requirements of Local Civil Rule 83A(e)(3), I certify that I am personally acquainted with the applicant for special temporary admission, I know the applicant to be of good moral character and otherwise competent and eligible to be admitted to practice before the bar of the United States District Court for the District of Puerto Rico as an attorney employed or retained by the United States or its agencies and/or as a representative of the United States or any of its officer or agencies in an official capacity.

Dated this 7th day of May, 2019.

Sonali D. Patel
Digitally signed by Sonali D. Patel
Date: 2019.05.07 13:17:04 -04'00'

Signature

Name: Sonali D. Patel
Title: Trial Attorney
Agency: United States Department of Justice
Agency's Name and Address: Fraud Section
1400 New York Avenue N.W.
Washington, D.C. 20530
Telephone Number: (202) 514-1106